**BOBROFF, HESSE, LINDMARK & MARTONE, P.C.**
ATTORNEYS & COUNSELORS
7730 Forsyth, Suite 200 • St. Louis, Missouri 63105
314-862-0300    Fax 314-862-7010

L. ALLISON MCKEEL
Direct Dial: (314) 862-4681
e-mail: allisonmckeel@bobroffhesse.com

October 10, 2003

Malissa M. Sydnor
119 Hiway J
Wright City, MO 63390

    Re:    Rule 26(a)(1) Disclosures
           Malissa Marie Sydnor v. Warrenton Manor, L.L.C.
           Cause No.: 4:03-CV-00483

Dear Ms. Sydnor:

As we discussed in our recent telephone conversation, your Rule 26(a)(1) disclosures in the above-referenced case were due on August 20, 2003. To date, I have not received your disclosures. Please forward your Rule 26(a)(1) disclosures no later than October 19, 2003 or I will be required to file a Motion requesting the Court order you to do so.

Thank you for your prompt attention to this matter.

                            Very truly yours,

                            BOBROFF, HESSE, LINDMARK
                            & MARTONE, P.C.

                            L. Allison McKeel

LAM/pmm

DEFENDANT'S EXHIBIT A

**BOBROFF, HESSE, LINDMARK & MARTONE, P.C.**
ATTORNEYS & COUNSELORS
7730 Forsyth, Suite 200 • St. Louis, Missouri 63105
314-862-0300    Fax 314-862-7010

L. ALLISON MCKEEL
Direct Dial: (314) 862-4681
e-mail: allisonmckeel@bobroffhesse.com

November 25, 2003

*CERTIFIED MAIL/*
*RETURN RECEIPT REQUESTED*

Malissa M. Sydnor
119 Hiway J
Wright City, MO  63390

    Re:    Malissa Marie Sydnor v. Warrenton Manor, L.L.C.
              Request for Continuance to Answer Discovery

Dear Ms. Sydnor:

       My assistant Phyllis McCormick advised me of your telephone message requesting an extension of time to answer discovery because you are looking for a lawyer.  I tried several times to return your telephone call prior to 4:45 p.m. but did not get any answer.

       I am authorized to grant you a fourteen (14) day extension of time to answer discovery, until Thursday, December 11, 2003.  I cannot, however, grant an extension of time for you to complete discovery until you are able to hire an attorney.  I have not yet received your Rule 26 initial disclosures that were due more than a month ago.

       Please provide your discovery answers by December 11, 2003, or I will have no choice but to file a motion to compel with the Court.

       If you have any questions, please let me know.

                       Very truly yours,

                       BOBROFF, HESSE, LINDMARK
                       & MARTONE, P.C.

                       L. Allison McKeel

LAM/pmm

DEFENDANT'S EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery<br>12-2-03 |
| | C. Signature<br>X Malissa Sydnor | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Malissa M. Sydnor<br>119 Hiway J<br>Wright City, MO  63390 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)       ☐ Yes | |
| 2. Article Number (Copy from service label)<br>7000  05   0018  7885  7572 | | |
| PS Form 3811, July 1999    Domestic Return Receipt | | 102595-00-M-0952 |

Questions Asked By Attorney 1-34

1. Yes
2. Yes
3. Yes
4. No
5. Yes
6. Yes
7. Yes, reason she came in and left with a headache.
8. No, I was called and asked to work for a call in (co. worker)
9. Yes, and also contained on the Jan. 10th
10. Yes
11. No, I wasn't schedule but I was asked by Sandy Lockhart to work the 9-10 at the same time, for a call in co-worker. I reported to work.
12. No
13. Yes, reason being I spoke with her on the 9th I asked her when was I going to be put back on the Schedule. She stated that she could not give me a definite date but at that time she could only offer me call INS and I need more stability for my family and me. So yes for that Reason I gave my 2 weeks notice.
14. Yes
15. Yes, after I was asked for the door key and she asked me to get out of her face so that she wouldn't have to look at me and I wouldn't have to look at her. I said to her that, what she was doing was unfair work practice and she stated she didn't care the she stated that she didn't care and I could call the NAACP or whoever I wanted. I proceeded to leave out the door and said fuck this place. I do not have to take this shit.
16. Yes
17. No
18. Yes, prior to the profanity but after she asked for the door key and for me to get out of her face.
19. Yes but this was before. I gave her the 2-week notice, Before she asked for the door key, Before she asked me to get out of her face. Because look at the facts if it was true that I used profanities more than once would be for termination. This Question was not in the right Sequence of the questionnaire because this took place when our conversation first started regarding Jan.1, 2002 no call no show as she stated.
20. No, refer back to answer 13! No I was not on the schedule.
21. No, not on the schedule refer to answer 19
22. No, not on the schedule refer to answer 19


DEFENDANT'S EXHIBIT C

23. No, not on the schedule refer to answer 19
24. No, not on the schedule refer to answer 19
25. No, not on the schedule refer to answer 19
26. Yes
27. No, I was not absent. I was not on the schedule and was terminated at that time. I was terminated as of Jan.10, 2002.
28. Yes
29. no
30. Yes, hear say
31. Yes, only non-similarity is my race.
32. No
33. Yes, and witnesses
34. Yes

*Malissa Sydnor* (signature)

```
State of Missouri )
County of Warren  )
```

Subscribed and sworn before me this 11th day of December 2003.

My Commission Expires: 6-1-05       _____
                                     Notary Public

# WITNESS TO THE NO CALL NO SHOW

1) SUPERVISOR: SANDY LOCKHART IN WARRENTON MO 636-456-9615
✷ 2) LAURA KRIGHAUM 204 E. WALTON WARRENTON, MO 63383
3) SWED GIMRE - STRACK CHURCH RD WRIGHT CITY MO 63390
4) JANICE HESS - STIENHOGEN WARRENTON MO 63383
5) GARY HODGES - STRACK CHURCH RD WRIGHT CITY, MO 63390
6) GEORGE GEAR - STRAK CHURCH RD WRIGHT CITY, MO 63390
✷ 7) NICOLE WINDERNY - 2000 GOLDEN VICARY WARRENTON, MO WORK # 636-488-5400
8) ERICA MAXWELL WRIGHT CITY, MO 63390 636-262-7892
9) TONIA BRINKER
10) MONIQUE ROGERS
11) JAN

**COMMENTS**: IS THERE ANYTHING THAT CAN STOP THIS LAW SUITE. BECAUE I AM BEING FOLLOWED AND WATCH. HERE IS WHAT I NOTICED THAT I HAVE BEEN FOLLOWED BY THE POLICE, AND SOMEONE IN A GRAY JEEP LICENSE # 305-APN AND THIS PERSON IN THE CAR HAD A NOTE PAD, TAKING NOTES.
YOU CAN CONTACT ME AT THIS NUMBER : 636-745-8379

*Melissa Sydnor* 12/11/03

State of Missouri )
County of Warren )
Subscribed and sworn before me this 11th day of December 2003.

_Notary Public_

My Commission Expires: 6-1-05

Detail of Home Charges (continued)
CORNELIUS BLANKS                                                              636-357-4804

| Line | Date  | Time    | Calls To   | Number Called      | Rate Code | Feature | Rate Period | Min/Msg | Airtime Charge | Toll Charge | Add'l Charge | Amount |
|------|-------|---------|------------|--------------------|-----------|---------|-------------|---------|----------------|-------------|--------------|--------|
| 124  | 12/30 | 8:32PM  | ST LOUIS   | MO 314-370-7466    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 125  | 12/30 | 8:35PM  | LADUE      | MO 314-591-5251    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 126  | 12/30 | 8:35PM  | LADUE      | MO 314-591-5251    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 127  | 12/30 | 8:44PM  | LADUE      | MO 314-491-2078    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 128  | 12/30 | 9:08PM  | TROY       | MO 636-528-6996    | CH3N      |         | NW          | 14.00   | 0.00           |             |              | 0.00   |
| 129  | 12/31 | 11:30AM | TROY       | MO 636-528-6996    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 130  | 12/31 | 3:13PM  | INCOMING   | CL 636-357-4804    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 131  | 12/31 | 3:23PM  | WRIGHTCITY | MO 636-745-9361    | CH3N      |         | DT          | 5.00    | 0.00           |             |              | 0.00   |
| 132  | 12/31 | 6:54PM  | TROY       | MO 636-528-6996    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 133  | 12/31 | 7:28PM  | TROY       | MO 636-528-6996    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 134  | 12/31 | 7:36PM  | INCOMING   | CL 636-528-6996    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 135  | 12/31 | 7:53PM  | TROY       | MO 636-528-6996    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 136  | 12/31 | 9:07PM  | INCOMING   | CL 636-357-4804    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 137  | 12/31 | 9:47PM  | TROY       | MO 636-528-6996    | CH3N      |         | NW          | 2.00    | 0.00           |             |              | 0.00   |
| 138  | 12/31 | 9:56PM  | TROY       | MO 636-528-6996    | CH3N      |         | NW          | 5.00    | 0.00           |             |              | 0.00   |
| 139  | 1/01  | 4:16AM  | WARRENTON  | MO 636-456-9615    | CH3N      |         | NW          | 2.00    | 0.00           |             |              | 0.00   |
| 140  | 1/01  | 4:19AM  | WARRENTON  | MO 636-456-9615    | CH3N      |         | NW          | 3.00    | 0.00           |             |              | 0.00   |
| 141  | 1/01  | 10:45AM | TROY       | MO 636-528-6996    | CH3N      |         | NW          | 2.00    | 0.00           |             |              | 0.00   |
| 142  | 1/01  | 10:45AM | TROY       | MO 636-528-6996    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 143  | 1/01  | 10:47AM | TROY       | MO 636-528-6996    | CH3N      |         | NW          | 2.00    | 0.00           |             |              | 0.00   |
| 144  | 1/01  | 10:55AM | TROY       | MO 636-528-6996    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 145  | 1/01  | 1:27PM  | LADUE      | MO 314-307-3200    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 146  | 1/01  | 1:28PM  | WRIGHTCITY | MO 636-745-9361    | CH3N      |         | NW          | 3.00    | 0.00           |             |              | 0.00   |
| 147  | 1/01  | 2:11PM  | INCOMING   | CL 636-357-4804    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 148  | 1/01  | 2:17PM  | INCOMING   | CL 636-357-4804    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 149  | 1/01  | 4:33PM  | LADUE      | MO 314-303-4606    | CH3N      |         | NW          | 1.00    | 0.00           |             |              | 0.00   |
| 150  | 1/01  | 5:14PM  | INCOMING   | CL 636-357-4804    | CH3N      |         | NW          | 2.00    | 0.00           |             |              | 0.00   |
| 151  | 1/02  | 4:11AM  | WARRENTON  | MO 636-456-9615    | CH3N      |         | NW          | 2.00    | 0.00           |             |              | 0.00   |
| 152  | 1/02  | 7:40AM  | INCOMING   | CL 636-357-4804    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 153  | 1/02  | 10:16AM | INCOMING   | CL 314-602-3200    | MOBM      |         | PE          | 1.00    | 0.00           |             |              | 0.00   |
| 154  | 1/02  | 11:00AM | LADUE      | MO 314-307-3200    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 155  | 1/02  | 4:09PM  | WRIGHTCITY | MO 636-745-9361    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 156  | 1/02  | 7:36PM  | WARRENTON  | MO 636-456-8700    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 157  | 1/03  | 7:47AM  | INCOMING   | CL 636-357-4804    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 158  | 1/03  | 7:49AM  | INCOMING   | CL 636-357-4804    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 159  | 1/03  | 8:19AM  | INCOMING   | CL 573-386-2491    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 160  | 1/03  | 9:32AM  | INCOMING   | CL 314-607-3200    | MOBM      |         | PE          | 1.00    | 0.00           |             |              | 0.00   |
| 161  | 1/03  | 11:42AM | ST LOUIS   | MO 314-466-5587    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 162  | 1/03  | 11:45AM | HIGH HILL  | MO 636-585-0220    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 163  | 1/03  | 11:58AM | WRIGHTCITY | MO 636-745-2122    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 164  | 1/03  | 12:00PM | WRIGHTCITY | MO 636-745-8239    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 165  | 1/03  | 12:10PM | INCOMING   | CL 636-357-4804    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 166  | 1/03  | 12:29PM | WRIGHTCITY | MO 636-745-2122    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 167  | 1/03  | 12:29PM | LADUE      | MO 314-307-3200    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 168  | 1/03  | 12:31PM | WARRENTON  | MO 636-456-3330    | CH3N      |         | DT          | 3.00    | 0.00           |             |              | 0.00   |
| 169  | 1/03  | 12:34PM | ST LOUIS   | MO 314-466-5587    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 170  | 1/03  | 4:22PM  | GRANITEVL  | SC 803-663-1533    | CH3N      |         | DT          | 1.00    | 0.00           | 0.20        |              | 0.20   |
| 171  | 1/03  | 7:43PM  | GRANITEVL  | SC 803-663-1533    | CH3N      |         | DT          | 2.00    | 0.00           | 0.40        |              | 0.40   |
| 172  | 1/03  | 8:11PM  | LADUE      | MO 314-355-4758    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 173  | 1/03  | 8:20PM  | COATESVL   | PA 610-383-5374    | CH3N      |         | DT          | 7.00    | 0.00           | 1.40        |              | 1.40   |
| 174  | 1/03  | 8:46PM  | WARRENTON  | MO 636-456-9615    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 175  | 1/03  | 9:03PM  | WARRENTON  | MO 636-297-6026    | CH3N      |         | NW          | 21.00   | 0.00           |             |              | 0.00   |
| 176  | 1/03  | 9:30PM  | INCOMING   | CL 636-456-9615    | CH3N      |         | NW          | 15.00   | 0.00           |             |              | 0.00   |
| 177  | 1/04  | 8:59AM  | INCOMING   | CL 573-386-2491    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 178  | 1/04  | 9:39AM  | INCOMING   | CL 636-357-4804    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 179  | 1/04  | 10:45AM | WRIGHTCITY | MO 636-745-8516    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 180  | 1/04  | 10:49AM | INCOMING   | CL 636-357-4804    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 181  | 1/04  | 2:40PM  | LADUE      | MO 314-307-3200    | CH3N      |         | DT          | 3.00    | 0.00           |             |              | 0.00   |
| 182  | 1/04  | 4:18PM  | NEW MELLE  | MO 636-828-5282    | CH3N      |         | DT          | 2.00    | 0.00           |             |              | 0.00   |
| 183  | 1/04  | 4:36PM  | INCOMING   | CL 636-357-4804    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |
| 184  | 1/04  | 4:51PM  | INCOMING   | CL 636-357-4804    | CH3N      |         | DT          | 1.00    | 0.00           |             |              | 0.00   |

This Will Be Considered As A Sworn Statement

1.) What kind of worker was Malissa did she show up on time? *She was a good worker and was always on time.*

2.) Did Malissa come into have a meeting with sandy on Jan.7th at 1 pm? *Yes, but sandy left w/a headache.*

3.) Did you ever hear the supervisor say that other co-workers had no call no show? *No not that I re-call.*

4.) Did you ever hear any racial remarks being? *Swede Gentre said he didn't like working w/ black people.*

5.) Did you know of or anything about Malissa calling her workplace? *Yes, Jan said that Malissa called sandy that day of Jan 7th.*

6.) Has Malissa ever came in on her days off to work for other co-workers? *Yes, I worked w/ her.*

7.) Do you feel that Malissa was discriminated against? If so why? *Yes, I think because she was a good worker and some people where mad because a black women could work almost better than they can.*

Thank You For you'r Time and Patience

8). Do you know of any other co-worker being displine? If so who?

Lauren K because she told on a cook who was stealing food from the kitchen. When she went to the office about it the women didn't believe her

*Malissa Sydnor 12/11/03*

State of Missouri )
County of Warren )

Subscribed and sworn before me this 11th day of December 2003.

My Commission Expires: 6-1-05

*Judy A. Englaze*
Notary Public

1.) She was eager to learn methods of cooking for people with eating problems, such as mech. & Puree and was trained by myself and Head Cook Swed Gimre who was very cruel Racial so I continued her training myself. Yes she was on time for work.

2.) Do not recall I was off that day.

3.) Yes, 2 cooks and 1 aid, they were written up.

4.) Yes Swed Gimre said He did not want to work with a Blackie, and that she would pull the Black card when ever she could.

5.) The Nurses station did not give Kitchen the message from Malissa so I called her home while on my shift and her husband said she would not be in she had fallen and was to sore to work.

6.) Yes for myself and another cook, who called in every week at least 1 day.

7.) Yes, I feel that she never had a chance from Day 1, Swed, did not want Blackies in his Kitchen. He made things Difacult for Malissa. Some member of the Kitchen were threaten by his demire, exp. Ditary Manager Sandy Lockhart. She could have put a stop to his harrasmnt but she was very unprofehionl with her Dutys as Manager. Malissa was a good person to work with and always showed up in proper clothing and a smile".

Malissa Sydnor 12/10/03   Mark Leyane

State of Missouri )
County of Warren ) On this 11th day of December 2003
before me appeared Malissa Sydnor.

Judy A. [signature]
Notary Public

Lauren A. Krigbaum
204 E. Walton
Warrenton, MO. 63385

**BOBROFF, HESSE, LINDMARK & MARTONE, P.C.**
ATTORNEYS & COUNSELORS
7730 Forsyth, Suite 200 • St. Louis, Missouri 63105
314-862-0300    Fax 314-862-7010

L. ALLISON MCKEEL
Of Counsel
Direct Dial: (314) 862-4681
e-mail: allisonmckeel@bobroffhesse.com

February 3, 2004

**CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**

Malissa M. Sydnor
119 Highway J
Wright City, MO  63390

      Re:    Sydnor vs. Warrenton Manor, L.L.C.

**Dear Ms. Sydnor:**

    This letter will confirm our telephone conversation today agreeing to the following matters:

1. Defendant's Answers to Plaintiff's First Request for Admissions are enclosed.

2. Defendant's Answers to Interrogatories will be mailed in approximately one week after they have been signed by an agent of Warrenton Manor.

3. You are unable to find Defendant's Rule 26(a)(1) Disclosures, First Interrogatories, and First Request for Production of Documents. I have enclosed a second copy of those documents for you, as well as a self-addressed stamped envelope which you can use to return your answers to me.

4. You advised that you are available any time between now and March 15, 2004 to participate in mediation of this case. You do not have a preference of mediators, and we agreed that I will arrange a mediator and date for the mediation and inform you of the arrangements. You agreed to provide me with your answers to Defendant's discovery requests prior to the mediation.

**DEFENDANT'S EXHIBIT D**

Malissa M. Sydnor
February 3, 2004
Page 2

If you have any questions, please let me know.

Very truly yours,

BOBROFF, HESSE, LINDMARK
& MARTONE, P.C.

L. Allison McKeel

L. Allison McKeel

LAM/pmm
encl

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Malissa Sydnor*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): MALISSA SYDNOR   C. Date of Delivery: 2-5-04<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Malissa M. Sydnor<br>119 Highway J<br>Wright City MO<br>63390 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0003 3212 7147 |

Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540